UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-01795-DOC (DFMx) | Date | December 12, 2014 |
|---|---|---|---|
| Title | Todd and Dawn Tucker v. United States of America | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| T. Steele | | CS 12/12/2014 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Michael J. Khouri | | Frank D. Kortum, AUSA (appearing telephonically) |

**Proceedings:** In Court: Hearing on Plaintiffs' Motion for Return of Property [Dkt. 1]

    The case is called. Appearances are made. Argument is heard. The Court takes the matter under submission.

                                                                                                                            : 50

Initials of Clerk     ts