STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TODD TUCKER, | Case No.: SACV 14-1795-DOC (DFMx) |
|     Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE HEARING DATE ON MOTION FOR RETURN OF PROPERTY** |
| vs. | |
| UNITED STATES OF AMERICA, | **Current Hearing Date:**<br>**February 24, 2015** |
|     Defendant. | **Proposed Hearing Date:**<br>**March 10, 2015** |

//

//

//

1  The parties to this action, by and through their counsel of
2  record, hereby stipulate and request as follows:
3     1.   The hearing on plaintiff's Motion to Return Property
4  ("Motion") is currently scheduled for February 24, 2015.  Dkt.
5  10.
6     2.   The parties are currently engaged in settlement
7  negotiations.
8     4.   Continuing the hearing date for the motion for return
9  of property to March 10, 2015, will allow the parties to focus
10 on the negotiation process.
11    5.   Based on the current state of the record, the
12 government does not currently believe that it will be necessary
13 to file a lengthy supplemental opposition to the Motion.  The
14 Court should therefore not be unduly burdened if the deadline
15 for the government to file a supplemental opposition is
16 continued to March 3, 2015, and the deadline for plaintiff to
17 file a supplemental reply is continued to March 5, 2015.
18    6.   The parties accordingly stipulate and request that
19 this Court continue the hearing date to March 10, 2015, the
20 deadline for filing any supplemental opposition to February
21 March 3, 2015, and the deadline for filing any supplemental
22 reply to February March 5, 2015.  The government reserves the
23 //
24 //
25 //
26 //
27 //
28 //

right to file a civil forfeiture complaint against the assets that are the subject of the Motion, and to argue that the filing of such a complaint requires the denial of the Motion on the ground that an adequate remedy at law exists.

Dated: February 12, 2015    Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_/s/ Frank Kortum_
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: February 12, 2015    KHOURI LAW FIRM

_/s/ Michael Khouri_ (FDK*)
MICHAEL J. KHOURI
Attorney for Plaintiffs

TODD TUCKER, DAWN TUCKER, CAIR MEDICAL, INC., REHAB FITNESS, AND A TO Z SOLUTIONS

\* authorized signature

3