```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 North Spring Street, 14th Floor
 8       Los Angeles, California 90012
         Telephone:  (213) 894-5710
 9       Facsimile:  (213) 894-7177
10       E-Mail:  Frank.Kortum@usdoj.gov

11  Attorneys for Defendant
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| TODD TUCKER, | Case No.: SACV 14-1795-DOC (DFMx) |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE HEARING DATE ON MOTION FOR RETURN OF PROPERTY** |
| vs. | |
| UNITED STATES OF AMERICA, | **Current Hearing Date:** March 10, 2015 |
| Defendant. | **Proposed Hearing Date:** March 24, 2015 |

26  //

27  //

28  //

1     The parties to this action, by and through their counsel of
2 record, hereby stipulate and request as follows:
3     1.    The hearing on plaintiff's Motion to Return Property
4 ("Motion") is currently scheduled for March 10, 2015.  Dkt. 21.
5     2.    The parties are currently engaged in settlement
6 negotiations.
7     4.    Continuing the hearing date for the motion for return
8 of property to March 24, 2015, will allow the parties to focus
9 on the negotiation process.
10     5.    Based on the current state of the record, the
11 government does not currently believe that it will be necessary
12 to file a lengthy supplemental opposition to the Motion.  The
13 Court should therefore not be unduly burdened if the deadline
14 for the government to file a supplemental opposition is
15 continued to March 17, 2015, and the deadline for plaintiff to
16 file a supplemental reply is continued to March 19, 2015.
17     6.    The parties accordingly stipulate and request that
18 this Court continue the hearing date to March 24, 2015, the
19 deadline for filing any supplemental opposition to February
20 March 17, 2015, and the deadline for filing any supplemental
21 reply to February March 19, 2015.  The government reserves the
22 //
23 //
24 //
25 //
26 //
27 //
28

1  right to file a civil forfeiture complaint against the assets
2  that are the subject of the Motion, and to argue that the filing
3  of such a complaint requires the denial of the Motion on the
4  ground that an adequate remedy at law exists.

Dated: February 27, 2015        Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: February 27, 2015        KHOURI LAW FIRM

_____  FDK* (circled)
MICHAEL J. KHOURI
Attorney for Plaintiffs

TODD TUCKER, DAWN TUCKER, CAIR
MEDICAL, INC., REHAB FITNESS, AND
A TO Z SOLUTIONS

* authorized signature

3