STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-5710
   Facsimile:  (213) 894-7177
   E-mail: Frank.Kortum@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TODD TUCKER, ET AL., | NO. CV 14-01795-DOC(DFMx) |
|       Plaintiff, | |
|   vs. | SUPPLEMENTAL OPPOSITION TO MOTION FOR RETURN OF PROPERTY |
| UNITED STATES OF AMERICA, | |
|       Defendant. | |
| | DATE: March 24, 2015 |
| | TIME: 10:00 A.M. |
| | CTRM: 6A |

Defendant United States of America hereby files this Supplemental Opposition to plaintiff's Motion For Return of Property ("Motion") for the purpose of informing the Court that on March 16, 2015, the government filed a civil forfeiture complaint against the assets that are the subject of this action. <u>United States v. $4,931.28 in Bank Account Funds, et al.</u>, No. CV 15-00426-DOC (RNBx) (C.D. Cal.)(copy attached as Exh. "A"). This Court should therefore dismiss the Motion. <u>United States v. U.S Currency, $83,310.78</u>, 851 F.2d 1231, 1233 (9th Cir. 1988). "[W]hen a civil forfeiture proceeding is pending, there is no need to fashion an equitable remedy . . . ." <u>Id.</u> at 1233.

DATED: March 17, 2015        STEPHANIE YONEKURA
                             Acting United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section

                                     /s/
                             FRANK D. KORTUM
                             Assistant United States
                             Attorney

                             Attorneys for Defendant
                             United States of America