UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV14-01795-DOC (DFMx) | Date | April 21, 2015 |
|---|---|---|---|
| Title | Todd Tucker et al. v. United States of America | | |

| Present: The Honorable | Douglas F. McCormick |
|---|---|

| Terri Steele | CS 04/21/2015 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael J. Khouri | Frank Kortum, AUSA |

**Proceedings:**  (In Court) Hearing on Plaintiffs' Motion for Return of Property [Dkt. 1] and Order Closing Case [JS-6]

Case called.  Appearances made.

This Court has equitable jurisdiction to entertain Rule 41(g) motions in civil cases when no other remedy is available. United States v. Bluitt, 815 F. Supp. 1314, 1316-17 (N.D. Cal. 1992). However, such "equitable jurisdiction is available only in the absence of an adequate legal remedy." Id. at 1316 (citing Interstate Cigar Co. v. United States, 928 F.2d 221, 223 (7th Cir. 1991); Infusaid Corp. v. Infusaid, Inc., 739 F.2d 661, 668 (1st Cir. 1984); Birch v. Mazander, 678 F.2d 754, 756 (8th Cir. 1982)). As the government points out, a Rule 41(g) motion is properly denied once a civil forfeiture action has been filed. United States v. United States Currency $83,310.78, 851 F.2d 1231, 1234-25 (9th Cir. 1988) ("[W]hen a civil forfeiture proceeding has been filed, the claimant has adequate remedies to challenge any fourth amendment violation. Accordingly, when a civil forfeiture proceeding is pending, there is no need to fashion an equitable remedy to secure justice for the claimant."); see also Bluitt, 815 F. Supp. at 1317 ("As soon as an adequate remedy becomes available, this Court ceases to have equitable jurisdiction.").

Here, the government has initiated a judicial forfeiture proceeding against the property involved in this case. See United States of America v. $4,931.28 in Bank Account Funds et al., Case No. SA CV 15-00426-DOC (RNBx) (filed Mar. 16, 2015). Plaintiffs have an adequate remedy at law through those proceedings to raise the arguments and objections they seek to raise in this Rule 41(g) proceeding.

///
///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV14-01795-DOC (DFMx) | Date | April 21, 2015 |
|---|---|---|---|
| Title | Todd Tucker et al. v. United States of America | | |

     Accordingly, Plaintiffs' Rule 41(g) motion is hereby DENIED. The Clerk shall close this matter.

**Make JS-6**

| | : | 09 |
|---|---|---|
| Initials of Clerk | ts | |